IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:22-CV-89-RP |
| BRADFORD & ASSOCIATES LLC and BRADFORD E. DIXON, | § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On this date, the Court entered an order for a permanent injunction and monetary judgment, (Dkt. 3), as stipulated by the parties, (Dkt. 2). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 8, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE